**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Jena Tiernan*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jena.tiernan2@usdoj.gov*

*main: 973-645-2700*
*direct: 973-297-2044*

October 22, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Aurelio Quizphie v. Blanche, et al.*, No. 26-12080 (CCC)**
**Petitioner's Release on Bond**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. On September 8, 2026, Petitioner received a Notice of Custody Determination, stating that Petitioner would be released under bond in the amount of $7,500. *See* Ex. A (Notice of Custody Determination). This Office has now received documentation showing that, on October 6, 2026, Petitioner was released on bond. *See* Ex. B (Notice to EOIR). Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a). *See, e.g.*, *Ortega Trochez v. Soto*, No. 26-11823 (SDW), 2026 WL 2876225, at *1-2 (D.N.J. Sept. 24, 2026) (finding that initial custody determination granting release on bond provided all "the process to which [an alien is] entitled pursuant to § 1226(a)"); *see also Vasquez v. Aviles*, 639 F. App'x 898, 902 (3d Cir. 2016) (a petitioner's release from custody will generally render a habeas petition challenging that custody moot). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/23/2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jena Tiernan*
Jena Tiernan
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)